UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 4:24-cv-04169 |
| JOHN DOE subscriber assigned IP address 73.136.56.218, | § § § § | |
| Defendant. | § § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.136.56.218, are voluntarily dismissed with prejudice.

Dated: March 03, 2025                           Respectfully submitted,

By:  */s/ Paul S. Beik*
　　　Paul S. Beik
　　　Beik Law Firm PLLC
　　　917 Franklin Street, Suite 220
　　　Houston, Texas 77002
　　　Tel: (713) 869-6975
　　　Fax: (713) 583-9169
　　　paul@beiklaw.com
　　　www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**