United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-24-4169 |
| JOHN DOE, subscriber assigned IP address 73.136.56.218, | § |
| Defendant(s). | § |

**ORDER OF DISMISSAL**

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against Defendant John Doe, subscriber assigned IP address 73.136.56.218, are voluntarily dismissed with prejudice. (Docket Entry No. 10).

SIGNED on March 3, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge